NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE HEWLETT-PACKARD COMPANY,**
*Petitioner.*

---

Miscellaneous Docket No. 124

---

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in case no. 11-CV-90, Judge Rodney Gilstrap.

---

ON PETITION

---

Before NEWMAN, LOURIE, and O'MALLEY, *Circuit Judges.*

NEWMAN, *Circuit Judge.*

## ORDER

Hewlett-Packard Company ("HP") petitions for a writ of mandamus to direct the United States District Court for the Eastern District of Texas to vacate its order denying HP's motion to sever and transfer. Lodsys, LLC and Lodsys Group, LLC ("Lodsys") oppose.

In *In re EMC*, __ F.3d __, 2011-M100 (Fed. Cir. May 4, 2012), we recently set forth the standard for assessing a

motion to sever under Federal Rule of Civil Procedure 21(a).

We deem it the better course for HP to first move the district court for reconsideration of its order denying HP's motion to sever and transfer in light of our decision in *In re EMC*. We therefore deny HP's petition for a writ of mandamus without prejudice to refiling.

Accordingly,

IT IS ORDERED THAT:

The petition for a writ of mandamus is denied.

FOR THE COURT

JUN 2 1 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk


cc: Sean C. Cunningham, Esq.
Christopher M. Huck, Esq.
Clerk, United States District Court for the Eastern District of Texas

s25

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 2 1 2012

JAN HORBALY
CLERK